**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SYLVIA ROSE,

                    Plaintiff,

          v.

NOVARTIS PHARMACEUTICALS
CORPORATION,
                    Defendant.

Civil Action No.:  1:07-cv-09672

**DEFENDANT'S DISCLOSURE**
**STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, counsel for Defendant,

Novartis Pharmaceuticals Corporation ("NPC"), hereby discloses and certifies that, to the best of

my knowledge and belief, the following is a complete list of NPC's parent corporations and

publicly held companies that own 10% or more of NPC's stock:

1.     Parent Companies:

       (a)  Novartis Finance Corporation, a New York corporation;

       (b)  Novartis Corporation, a New York corporation;

       (c)  Novartis Holding, AG, a Swiss company; and

       (d)  Novartis AG, a Swiss company, whose American Depository Shares are

       publicly traded on the New York Stock Exchange.

2.     Publicly held companies owning more than 10% of NPC stock:

       (a)  Novartis AG indirectly owns a 100% interest in NPC.

Dated:  November 26, 2007                    Respectfully submitted,


                                             s/ Ethan D. Stein
                                             Ethan D. Stein (ES-7130)
                                             Diane E. Lifton (DL-9673)
                                             GIBBONS P.C.
                                             A Professional Corporation
                                             One Pennsylvania Plaza, 37th Floor
                                             New York, NY 10119-3701
                                             Phone: 212-613-2000
                                             Fax: 212-333-5980
                                             *Counsel for Defendant Novartis*
                                             *Pharmaceuticals Corporation*

                                             *Of counsel:*
                                             Joe G. Hollingsworth
                                             Donald W. Fowler
                                             Katharine R. Latimer
                                             Robert E. Johnston
                                             SPRIGGS & HOLLINGSWORTH
                                             1350 I Street, NW, Ninth Floor
                                             Washington, D.C.  20005
                                             Phone:  (202) 898-5800
                                             Fax:  (202) 682-1639

17

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2007, the Defendant's Disclosure Statement was filed with the Clerk of the Court and served in accordance with the Southern District's Rules on Electronic Service upon the following parties and participants:

>Daniel A. Osborn, Esq.
>Russel H. Beatie, Esq.
>Philip J. Miller, Esq.
>Beatie and Osborn LLP
>521 Fifth Avenue, 34th Floor
>New York, NY 10175

I further certify that on November 26, 2007, I served a true and correct copy of the foregoing Defendant's Disclosure Statement by United States Mail, postage prepaid, on:

>The Powell Law Firm, L.C.                    The Offices of Jeffrey C. Bogert
>269 South Beverly Drive                      501 Colorado Boulevard
>Suite 1156                                   Suite 208
>Beverly Hills, CA 90212                      Santa Monica, CA 90401

>s/ Ethan D. Stein
>Ethan D. Stein

18